| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
June 08, 2022
Nathan Ochsner, Clerk

Prosper Funding LLC, §
   Plaintiff, §
§
v. § Civil Action H-21-3234
§
Splitit U.S.A., Inc., and §
Splitit Payments Ltd., §
   Defendants. §

# Order of Adoption

On May 23, 2022, Magistrate Judge Peter Bray recommended that the court deny Splitit U.S.A., Inc., and Splitit Payments Ltd.'s first motion to dismiss (7) as moot and recommended that the court deny their second motion to dismiss (21). (29) Neither party filed objections. The court adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on June 8, 2022.

Lynn N. Hughes
United States District Judge